

Office Of The Clerk

# Court of Appeal, First Circuit

State of Louisiana

www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - CW - 0289

Jessica Rizzuto
   versus
Paul Rizzuto

TO:    Randall Mark Guidry  Esq.
        PO Box 51308
        Lafayette, LA 70505

        Brian J. Prendergast
        PRENDERGAST LAW FIRM
        4979 Bluebonnet Blvd., Ste. ⁄
        Baton Rouge, LA
        70809-3086
        Brian@bplawfirm.com

        Hon. Cody  Martin
        P.O. Box 105
        Convent, LA 70723

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSICA RIZZUTO

VERSUS

PAUL RIZZUTO

NO.  2022 CW 0289

**MAY 20, 2022**

---

In Re:   Paul Rizzuto, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 117177.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED WITH ORDER.**   The portion of the district court's judgment dated September 23, 2021, finding Paul Rizzuto in contempt of court is a final, appealable judgment.  See La. Code Civ. P. art. 1915(A)(6); **Capital City Press, LLC v. Louisiana State University System Board of Supervisors,** 2013-1994 (La. 8/28/13), 120 So.3d 250.   Therefore, it is ordered that this case be remanded to the district court with instruction to grant Paul Rizzuto an appeal pursuant to the October 13, 2021 pleading notifying the district court of his intention to seek writs.  See **In re Howard,** 541 So.2d 195 (La. 1989)(per curiam).   A copy of this court's action is to be included in the appellate record.

The portion of the district court's judgment that required Paul Rizzuto to pay Jessica Rizzuto $50,000 before Jessica Rizzuto is required to refinance the family home is vacated.  A final judgment may not be amended to change its substance.  La. Code Civ. P. art. 1951.   A substantive amendment is one that adds to, subtracts from, or in any way affects the substance of the judgment.  **McMillian v. Breen,** 2018-0998 (La. App. 1st Cir. 8/2/19), 282 So.3d 239, 246.   The imposition of a condition on Jessica Rizzuto's obligation to refinance the family home affects the substance of the community property judgment signed on November 13, 2018.  See **Tuttle v. Tuttle,** 430 So.2d 269 (La. App. 5th Cir.), writ granted, 438 So.2d 569 (La. 1983), and aff'd, 462 So.2d 175 (La. 1985).

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT